In the Matter of CONCETTA CAPOSELLA, an Infant. SALVATORE CAPOSELLA, Respondent; FRANK LEONARDO and AGNES LEONARDO, Appellants.— Motion for reargument denied, without costs. The primary reason for the decision of this court [*ante*, p. 863] was that the custody of a child is not " unlawful " simply because someone other than the present custodian has a paramount right of custody; that consequently the child, on that state of facts alone, cannot be deemed a " neglected child " as defined in section 2, subdivision 4, of the Children's Court Act; and that hence there is no grant of jurisdiction to the Children's Court. We adhere to that opinion although, as the petitioner now points out, a contrary conclusion would not oust the Supreme Court of jurisdiction, which is expressly reserved by section 28. The grant of jurisdiction, in section 6, " in proceedings to determine the question of the rightful custody of children whose custody is subject to controversy, as related to their immediate care," relates only to temporary disposition of the child's custody in cases where prompt action is necessary or desirable. (Cf. § 20.) Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 863.] The following question is certified: In the above-entitled proceeding, did the Children's Court of Westchester County have jurisdiction? Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

ANNIE MARSHALL and Others, Appellants, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Defendant, Respondent; DAVID SILVERSTONE and Others, Infants, by Their Guardian ad Litem, GERTRUDE M. OSOFSKY, Defendants, Appellants.— Motion to extend respondent's time to move for reargument, and for a stay until the hearing and determination of such motion, granted, on condition that said motion for reargument be made returnable on Tuesday, January 3, 1939. [See *ante*, p. 883.] Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

MICHELE SCILEPPI, Appellant, v. SELAH B. STRONG and RAYMOND B. STRONG, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

PAUL SHUGERMAN, on Behalf of Himself and Other Creditors, if Any, of LOUIS SOHN, Individually and Doing Business under the Name and Style of SOHN CHARCOAL CO., Similarly Situated, Appellant, v. LOUIS H. SOHN and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

MINNIE ARANOW and SAM GOLDBERG, Respondents, v. RUBIN SHUSTER, Appellant.— Order denying defendant's motion for a change of place of trial from Kings county to Ulster county on the ground of convenience of witnesses affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Davis, Adel, Taylor and Close, JJ., concur.